IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN DUANE HUEY,

       Petitioner,

v.

GUY HALL,

       Respondent.

_____

Civ. No. 6:14-cv-1925-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation, ECF No. 22, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation, ECF No.22, is adopted. This action is dismissed, with prejudice.

IT IS SO ORDERED.

    DATED this 30th day of September, 2015.

                                                      _____/s/ Michael J. McShane _____
                                                                 Michael McShane
                                                         United States District Judge

1 – ORDER